23-1182-cv
*Saraf v. Ebix, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-four.

PRESENT:
> ROBERT D. SACK,
> DENNY CHIN,
> JOSEPH F. BIANCO,
> *Circuit Judges.*

---

RAHUL SARAF,

> *Plaintiff-Appellant,*

CHRISTINE MARIE TEIFKE, on behalf of herself and all others similarly situated,

> *Plaintiff,*

> v.                                                           23-1182-cv

EBIX, INC., ROBIN RAINA, STEVEN M. HAMIL,

> *Defendants-Appellees.*

---

FOR PLAINTIFF-APPELLANT:                    MICHAEL DELL'ANGELO, Berger Montague PC, Philadelphia, Pennsylvania.

FOR DEFENDANTS-APPELLEES: PAUL J. LOCKWOOD (Cliff C. Gardner and Julie E. Cohen, *on the brief*), Skadden, Arps, Slate, Meagher & Flom LLP, Wilmington, Delaware.

Appeal from a judgment of the United States District Court for the Southern District of New York (Jesse M. Furman, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment, entered on July 17, 2023, is **AFFIRMED** as to Defendant-Appellee Ebix, Inc.

By summary order, dated March 27, 2024 (the "Order"), we affirmed the district court's judgment as to the dismissal of the claims against Defendants-Appellees Robin Raina and Steven M. Hamil, and stayed this appeal with respect to Defendant-Appellee Ebix, Inc. ("Ebix"), in light of its Chapter 11 bankruptcy petition pending in the United States Bankruptcy Court for the Northern District of Texas. In that Order, we advised Ebix to promptly notify this Court if the Bankruptcy Court granted relief from the automatic stay imposed by 11 U.S.C. § 362 with respect to this appeal against Ebix or if the stay lapsed. By letter dated October 22, 2024, Ebix informed the Court that the automatic stay entered under Section 362 had been terminated as of the effective date of the Third Amended Joint Chapter 11 Plan of Ebix, Inc. and its Debtor Affiliates, which occurred on August 30, 2024. *See generally In Re Ebix, Inc.*, No. 23-80004-swe11 (Bankr. N.D. Tex. Aug. 30, 2024), ECF No. 931. Therefore, we vacate our stay of this appeal as to Ebix and affirm the district court's judgment of the dismissal of the claims against Ebix, for the same reasons explained in the Order as to the claims against Raina and Hamil.

\* \* \*

2

Accordingly, the judgment of the district court is **AFFIRMED** as to Ebix.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court